Adolfo P. Hernández
Full name(s)

5406 Leone Dr.
Street address or postal box number

Indianapolis IN 46226
City, State and zip code

(317) 748-3391
Phone Number

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2013 JUN 14 AM 10: 32

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 1:13-cv-0956 WTL-DML

(To be supplied by the Court)

Adolfo P. Hernandez _____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v. Department of the Treasury
Financial Management Service
P.O. Box 1686
Birmingham, AL 35201-1686

Department of the Treasury Defendant(s).
(Enter above the full name of ALL defendants in this action. Do not use "et al".)

**CIVIL RIGHTS COMPLAINT**

## I. PARTIES

1. **Plaintiff's Information:**

    Name and Prisoner Number of Plaintiff: _N/A_

    Present Place of Confinement or Mailing Address: _____

2. **Defendant's Information:** (*NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.*)

    **Name of Defendant 1:** _____

    Title (If applicable): _____

    Address of Defendant: _____

    **Name of Defendant 2:** _____

    Title (If applicable): _____

    Address of Defendant: _____

    **Name of Defendant 3:** _____

    Title (If applicable): _____

    Address of Defendant: _____

    **Name of Defendant 4:** _____

    Title (If applicable): _____

    Address of Defendant: _____

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (*If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.*)

_____ U.S.C. § _____

_____ U.S.C. § _____

## III. BASIS FOR CLAIMS

Check any Applicable Item(s):

_____  Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants)

_____  Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

_____  Other (cite statute, if known) **Injunction of tax levy**

## IV. CLAIMS  Top trace Num. 0455523232

**BRIEFLY** state the background of your case.

I am American citizen. I am 73 years old male. I am indigent. I live only on my Social Security check. I do not have any other means to survive. My check from the Social Security is $1,157.00 with I barely make my ends meet.

I received notice from the Department of the Treasury on 06/13/13 dated 06/03/13; stating that I have a Debt with them. The agency put a Levy of $173.55 in every check I receive and the money I have available to survive came down to $983.45. I do not recognize any debt to the Department of the Treasury for I have always paid my taxes on time. I exhausted all my remedies contacting them by telephone calls, by letters and also in person, they never showed any evidence or reason at all why I owed that money. I would like to see evidence or reason at all why I owed that money and if not I would like to file an injunction to stop payment of $173.55

**Claim I:** (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

_____

_____

_____

**Claim II:** _____

_____

_____

_____

**Claim III:** _____

_____

_____

_____

_____

## V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

    ____Yes ____No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a.  Parties to previous lawsuit:

       Plaintiff(s):_____

       Defendant(s):_____

   b.  Name and location of court and docket number _____

  c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

  d. Issues raised: _____

  e. Approximate date of filing lawsuit: _____

  f. Approximate date of disposition: _____

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part II of this complaint. _____ Yes _____ No

If your answer is "Yes", briefly describe how relief was sought and the result:

_____

_____

_____

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28. U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

  a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

  b. Name and location of court and docket number: _____

  c. Grounds for dismissal:

   ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted

  d. Approximate date of filing lawsuit: _____

  e. Approximate date of disposition: _____

5

## VII. REQUEST FOR RELIEF

I request the following relief:

A request to stop payments to the Department of the Treasury of $173.55.

I enclose a copy of the Notice of the Department of the Treasury

_____     *Adolfo P Hernandez*
Original signature of attorney (if any)     **Plaintiff's Original Signature**

Date: 6-14-2013

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and accurate**.

Executed at _____ on 6-14-2013.
    (location)            (date)

*Adolfo P. Hernandez*
**Plaintiff's Original Signature**

Plaintiff demands a trial by jury. ✓ Yes ____ No

**DEPARTMENT OF THE TREASURY**
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 1686
BIRMINGHAM, AL  35201-1686

002771
095523232

**THIS IS NOT A BILL**
**PLEASE RETAIN FOR YOUR RECORDS**

06/03/13



ADOLFO P HERNANDEZ SR
701 NORTH PENNSYLVANIA
STREET
INDIANAPOLIS, IN  46204-1128

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

| | |
|---|---|
| Internal Revenue Service<br>Federal Payment Levy Program<br>Stop 686<br>PO Box 57<br>Bensalem, PA  19020<br>**800-829-3903**<br>PURPOSE: Tax Levy | TIN Num: 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<br>TOP Trace Num: 095523232<br>Acct Num: 063305313330200612<br>Amount This Creditor:     $173.55<br>Creditor: 51     Site: MC |

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding this reduction made in your Federal payment.

U. S. Department of the Treasury
Financial Management Service

**PAYMENT SUMMARY**

| | |
|---|---|
| PAYEE NAME:  ADOLFO P HERNANDEZ SR | PAYEE TIN: 633053133 |
| PAYMENT BEFORE REDUCTION:     $1157.00 | PAYMENT DATE: 06/03/13 |
| TOTAL AMOUNT OF THIS REDUCTION:     $173.55 | PAYMENT TYPE: Check |
| PAYING FEDERAL AGENCY: Social Security Administration | BENEFICIARY TIN: 633053133 |
| CLAIM ACCT NUM: 633053133 A | |

FOR OFFICIAL USE ONLY:    0000002747 0955232325033633313000663940000.ALTR-P01ADOL006569
RI.0709

